Gmail

## Selection of Mediator

6 messages

---

**Jennifer Sanford** <civil@yourgoodlawyers.com>
To: "Hawthorne, Blake J." <blakehawthorne@jonesday.com>
Cc: Miranda Jackson <mjackson@yourgoodlawyers.com>

Mon, Mar 16, 2026 at 9:12 AM

Good Morning,

Pursuant to the court order the parties must select a mediator and file the designation by the 3/19/26 and complete mediation by 7/7/26. Let me know if your client has a preferred mediator.

Otherwise, we suggest Emmett Battles.

Additionally, please provide several dates your side is available for mediation so we can coordinate scheduling with the mediator.

Thanks,

--
Jennifer Sanford
*Litigation Paralegal*
**Phone:** 407.710.0130
**Fax:** 407.577.2447
**Website:** https://yourgoodlawyers.com/
**Address:** 501 N Magnolia Ave, Orlando, FL 32801

---

**Hawthorne, Blake J.** <blakehawthorne@jonesday.com>
To: Jennifer Sanford <civil@yourgoodlawyers.com>
Cc: Miranda Jackson <mjackson@yourgoodlawyers.com>

Wed, Mar 18, 2026 at 3:49 PM

Hi Jennifer,


Emmett Battles works for us. Can you please send his available dates so I can relay the information to Experian's corporate rep?


Thank you,


Blake Hawthorne
Associate

**JONES DAY® - One Firm Worldwide®**
600 Brickell Ave

Suite 3300
Miami, FL 33131

Office +1.305.714.9666

[Quoted text hidden]

CONFIDENTIALITY NOTICE: This email and any attachments are intended solely for the addressee(s) and may contain attorney–client privileged, confidential, or attorney work-product information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender and delete this communication.

LEGAL NOTICE: This communication is for settlement and negotiation purposes only, is not to be filed with any court, and is inadmissible under applicable rules of evidence and procedure.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

---

**Jennifer Sanford** <civil@yourgoodlawyers.com>                    Wed, Mar 18, 2026 at 4:36 PM
To: "Hawthorne, Blake J." <blakehawthorne@jonesday.com>
Cc: Miranda Jackson <mjackson@yourgoodlawyers.com>

Hey Blake,

Emmett has all of June available, except June 10th, 25th, and 30th.

On June 3rd and 5th the PM sessions are booked and on 11th and 29th the AM sessions are booked.

Our schedule is open.

Thanks

[Quoted text hidden]

---

**Jennifer Sanford** <civil@yourgoodlawyers.com>                    Fri, Mar 20, 2026 at 9:50 AM
To: "Hawthorne, Blake J." <blakehawthorne@jonesday.com>
Cc: Miranda Jackson <mjackson@yourgoodlawyers.com>

Hey,

Just following up so we can submit this today if possible.

[Quoted text hidden]

---

**Hawthorne, Blake J.** <blakehawthorne@jonesday.com>                    Fri, Mar 20, 2026 at 4:17 PM
To: Jennifer Sanford <civil@yourgoodlawyers.com>
Cc: Miranda Jackson <mjackson@yourgoodlawyers.com>

Hi Jennifer,

Thank you for sending those dates over. Just heard back from Experian's corporate representative on her availability. We're good with either June 24 or June 26, whichever you prefer.

[Quoted text hidden]
[Quoted text hidden]

---

**Jennifer Sanford** <civil@yourgoodlawyers.com>                    Tue, Mar 24, 2026 at 9:50 AM
To: "Hawthorne, Blake J." <blakehawthorne@jonesday.com>
Cc: Miranda Jackson <mjackson@yourgoodlawyers.com>

Hey Blake,

Attached is the joint notice of mediator selection and the proposed order.

Do we have permission to affix your signature?

Thanks,

Jen
[Quoted text hidden]

---

**2 attachments**

 **Jackson v Exp | Joint Notice of Mediation .pdf**
83K

 **Jackson | Proposed Order Scheduling Mediation.docx**
10K