**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Ashanti Jackson,

                Plaintiff,

                                        Case No. 1:25-cv-25363-BB

v.

Experian Information Solutions, Inc.

                Defendant.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REINSTATE**
**ADMINISTRATIVELY CLOSED CASE**

---

         The Court, having considered Plaintiffs' Motion to Reinstate Administratively Closed

Case, finds it to be meritorious;

IT IS HEREBY ORDERED that Plaintiffs' motion is granted; and

IT IS FURTHER ORDERED that the case is returned to an active docket.

IT IS SO ORDERED:

         **ENTERED** this ___ day of _____, 20 ___.

                                      _____

                                      BETH BLOOM
                                      UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record